26cv3281 ECT/JFD

**Name:** GARY ROBINSON

(Trustee)

**Address:** 10730 Southwood Dr. HAMPTON GA,30228

**Lien Holder:** Central Portfolio Control

**Lien Holder Address: 10249 Yellow Circle Drive, Suite 200, Minnetonka, MN 55343**

**JULY 1ST, 2026**

**Notice of Lien**

I GARY ROBINSON (Trustee) of GARY ROBINSON **Revocable Living Trust** send you **Lien Holder**, a notice letting you know there is a lien on GARY ROBINSON Assets which includes the following:

Central Portfolio Control

NO ASSETS OR MONEY Can be Recouped Until The lien of **$1,000,000.00** is PAID IN FULL to The GARY ROBINSON **Revocable Living Trust.**

If You Violate this notice by NO RESPONSE, CONTINUE TO REPORT the Listed Assets or even Send a Letter stating you will CONTINUE TO REPORT the Listed asset

SCANNED
JUL 13 2026
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL
JUL 13 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

or assets on GARY ROBINSON **Credit report to credit bureaus after** being notified with this notice, you now opt in to paying GARY ROBINSON **Revocable Living Trust** **$1,000,000.00** LIEN PAY OFF AMOUNT TO SETTLE VIOLATION WITH ASSET REPORTED AS PAID OFF ON CREDIT mailed to 10730 Southwood Dr. HAMPTON GA,30228.

**FOR THE RECORD:** GARY ROBINSON **OPTS OUT OF ANY AND EVERY 3RD PARTY RIGHTS Lien Holder CONTRACT OR IN BUSINESS WITH**

Thanks, GARY ROBINSON

(Trustee)